No. 04–8546. WELLONS, AKA THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8555. ADAMSON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–8562. SAMUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8563. SIGALA-LOMELI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8571. WOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8574. AJAJ v. SMITH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–889. MILWAUKEE METROPOLITAN SEWERAGE DISTRICT v. FRIENDS OF MILWAUKEE'S RIVERS ET AL. C. A. 7th Cir. Motion of Association of Metropolitan Sewerage Agencies et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–8992 (04A761). SMITH v. ANDERSON, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.